UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
UNITED STATES OF AMERICA   )
                           )      08CR      332
           v.              )      No.
                           )      Hon. Maria Valdez
PEDRO ZENO                 )
                           )
```

FILED
APR 2 1 2008
April 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## GOVERNMENT'S MOTION TO SEAL COMPLAINT AND AFFIDAVIT

The UNITED STATES OF AMERICA, by its attorney PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, Eastern Division, hereby moves the Court to seal the complaint in the above-captioned case. In support of this motion, the government states as follows:

1. The complaint in this matter alleges that on or about July 9, 2007, in Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere, defendant, Pedro Zeno, being an agent of the State, corruptly solicited and demanded, and accepted and agreed to accept, things of value, namely, a $300 cash payment, intending to be influenced in his capacity as an Illinois Department of Employment Security claims processor, in a transaction involving a thing of value of $5,000 or more, involving the State, being an agency that received in excess of $10,000 in federal funding in a period from July 20, 2006, to July 20, 2007, in violation of Title 18, United States Code, Section 666(a)(1)(B).

2.  The investigation into corruption and bribery at IDES continues on an ongoing basis.

3.  If Zeno agrees to cooperate with the government, he will attempt to have consensually recorded interactions with other subjects at IDES.

4.  If the existence of the complaint is revealed prior to Zeno's recorded interactions, these individuals will not speak to Zeno, and the investigation will be compromised.

WHEREFORE, the United States respectfully requests that the complaint in this matter be sealed for a period of 30 days, from April 21, 2008, through and including May 21, 2008, or upon motion of the undersigned, whichever occurs sooner.

Respectfully submitted,

**PATRICK J. FITZGERALD**
United States Attorney

By: _____
**JULIET S. SORENSEN**
Asst. United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-8027