# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 332 | **DATE** | 4/21/2008 |
| **CASE TITLE** | USA vs. Pedro Zeno | | |

**DOCKET ENTRY TEXT**

Order Arrest Warrant issued as to Pedro Zeno. Enter Order granting Government's motion to seal complaint and affidavit until 5/21/08 or upon motion by United States Attorney's Office, whichever occurs sooner.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | yp |
|---|---|---|---|