UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **08CR  332** |
| | ) | |
| v. | ) | No. |
| | ) | Hon. Maria Valdez |
| PEDRO ZENO | ) | |
| | ) | |

### ORDER

This matter comes before the Court on the government's Motion to Seal Complaint. It is hereby ordered that:

The Motion is granted and the complaint is ordered sealed from April 21, 2008, through and including May 21, 2008, or upon motion by the United States Attorney's Office, whichever occurs sooner. On that date, the complaint shall be unsealed unless there is a further extension of the seal order by the Court or a modification of this order.

_____
MARIA VALDEZ
U.S. Magistrate Judge

Dated:    April 21, 2008