# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 332 | **DATE** | 4/24/2008 |
| **CASE TITLE** | USA vs. Pedro Zeno | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 4/24/08 as to Pedro Zeno.  Government's oral motion to unseal is granted.  Defendant appears in response to arrest on 4/24/08.  Defendant informed of his rights.  John T. Theis is granted leave to file appearance on behalf of defendant. Government and defendant agree to certain conditions of release.  Defendant waives his right to preliminary examination.   The court finds probable cause and orders the defendant bound to the District Court for further proceedings.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | yp |
|---|---|---|