06 GJ 487

Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JAMES F. HOLDERMAN | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 0332 | DATE | MAY 21, 2008 |
| CASE TITLE | US v. PEDRO ZENO & BRAULIO ESCOBAR | | |

Motion:  (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

SPECIAL FEBRUARY 2008-2

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _James F. Holderman_

**FILED**

NF

Docket Entry:

MAY 2 2 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANTS BE
ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO BOTH DEFENDANTS.

JUDGE KENNELLY

MAGISTRATE JUDGE VALDEZ

SIGNATURE OF JUDGE
OR MAGISTRATE JUDGE _____

(ONLY IF FILED
UNDER SEAL)

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Number of notices |
| | No notices required. | | | Date docketed |
| | Notices mailed by judge's staff. | | | Docketing dpty. initials |
| | Notified counsel by telephone. | | | Date mailed notice |
| | Docketing to mail notices | | | Mailing dpty. initials |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | | |
| | Courtroom Deputy initials | Date/time received in Central Clerk's office | | |

DOCKET#