## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 332 | **DATE** | 6/10/2008 |
| **CASE TITLE** | USA vs. Escobar, Zeno | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendants enter a plea of not guilty to all counts of the indictment. Rose Lindsay is appointed as counsel for defendant Escobar. 16.1 conference to be held by 7/1/08. Pre-trial motions due by 8/1/08; Response to motions 9/4/08; reply by 9/18/08. Jury trial set to 12/15/2008 at 9:45 AM. Status hearing set to 7/9/08 at 9:30 AM. Defendant Zeno's appearance waived at next status hearing. Ordered time excluded pursuant to 18 U.S.C. 3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|