# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                   Case No.: 1:08−cr−00332
                                              Honorable Matthew F. Kennelly

Pedro Zeno, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:By request of the parties, status hearing set for 8/12/2008 is vacated and reset to 8/14/2008 at 01:30 PM. Ordered time excluded from 8/12/2008, through 8/14/2008, in the interest of justice, pursuant to 18 U.S.C. 3161(h)(8)(I) (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.