## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                          Case No.: 1:08−cr−00332

                                                      Honorable Matthew F. Kennelly

Pedro Zeno, et al.

                      Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 14, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 8/14/2008 and continued to 9/17/2008 for a possible change of plea. Ordered time excluded from 8/14/2008 through 9/17/2008, in the interest of justice, pursuant to 18 U.S.C. 3161(h)(8)(i). (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.